Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−20152−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele E McNair
   aka Michele E Long, aka Michele E
   Adophy
   23 Steeplechase Boulevard
   Burlington, NJ 08016−3024

Social Security No.:
   xxx−xx−4524

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/18/24
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 5, 2024
JAN: gan

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                           Case No. 24-20152-CMG
Michele E McNair                                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                              User: admin                                            Page 1 of 5
Date Rcvd: Nov 05, 2024                               Form ID: 132                                    Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michele E McNair, 23 Steeplechase Boulevard, Burlington, NJ 08016-3024 |
| 520422266 | | American Express, P0 Box 23009, Columbus, GA 31902 |
| 520422273 | + | Best Buy, P0 Box 183196, Columbus, OH 43218-3196 |
| 520422274 | | Best Buy Credit, PO Box 1001007, Louisville, KY 40290 |
| 520422338 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520422257 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 05 2024 20:50:13 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520422258 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 05 2024 20:39:54 | Affirm, Inc., 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 520422260 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:39:29 | American Expess Legal, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 520422259 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:39:59 | American Expess Legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 520422263 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:40:00 | American Express, P0 Box 981537, El Paso, TX 79998-1537 |
| 520422264 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:39:59 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520422262 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:50:18 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520422267 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 20:39:59 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 520422272 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2024 20:36:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 520422270 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2024 20:36:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 520422269 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2024 20:36:00 | Bank of America, P0 Box 982238, El Paso, TX 79998-2238 |

Case 24-20152-CMG    Doc 13    Filed 11/07/24    Entered 11/08/24 00:13:36    Desc Imaged
                             Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 520422268 | + | Email/Text: creditcardbkcorrespondence@bofa.com Nov 05 2024 20:36:00 | | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520422279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:39:28 | | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 520422281 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:50:13 | | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520422275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:39:53 | | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422277 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:39:03 | | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520422280 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:39:20 | | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520431677 | + | Email/PDF: ebn_ais@aisinfo.com Nov 05 2024 20:39:25 | | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520422282 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 05 2024 20:50:21 | | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422284 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:50:15 | | Citi Card/Best Buy, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 520422283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:50:08 | | Citi Card/Best Buy, Attn: Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520422286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:50:14 | | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520422287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:39:59 | | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 520422285 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:39:29 | | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520422288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:50:19 | | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520422290 | ^ | MEBN Nov 05 2024 20:31:40 | | Comenity, PO Box 650964, Dallas, TX 75265-0964 |
| 520422289 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2024 20:37:00 | | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 520422291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2024 20:37:00 | | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2024 20:37:00 | | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 520422294 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2024 20:37:00 | | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422298 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 05 2024 20:38:51 | | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520422299 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 05 2024 20:38:53 | | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 520422302 | | Email/Text: mrdiscen@discover.com Nov 05 2024 20:36:00 | | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520422304 | | Email/Text: mrdiscen@discover.com Nov 05 2024 20:36:00 | | Discover, PO Box 30952, Salt Lake City, UT 84130 |
| 520422323 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:50:12 | | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 520422324 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 05 2024 20:39:59 | | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 520422325 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 24-20152-CMG    Doc 13    Filed 11/07/24    Entered 11/08/24 00:13:36    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 05 2024 20:50:07 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520429452 | | Email/Text: mrdiscen@discover.com | Nov 05 2024 20:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520422306 | + | Email/Text: mrdiscen@discover.com | Nov 05 2024 20:36:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520422305 | + | Email/Text: mrdiscen@discover.com | Nov 05 2024 20:36:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520422307 | | Email/Text: operationsclerk@easypayfinance.com | Nov 05 2024 20:36:00 | Easy Pay, PO Box 2549, Carlsbad, CA 92018 |
| 520422309 | | Email/Text: operationsclerk@easypayfinance.com | Nov 05 2024 20:36:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 520422308 | | Email/Text: operationsclerk@easypayfinance.com | Nov 05 2024 20:36:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, P0 Box 2549, Carlsbad, CA 92018 |
| 520422310 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 05 2024 20:50:20 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 520422312 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 05 2024 20:50:09 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520422311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 05 2024 20:39:59 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520422314 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 20:36:00 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520422316 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 20:36:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 520422317 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 20:36:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 520422315 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 20:36:00 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520422318 | ^ | MEBN | Nov 05 2024 20:30:40 | Lending Point LLC, 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 520422319 | ^ | MEBN | Nov 05 2024 20:30:39 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 520422320 | | Email/Text: camanagement@mtb.com | Nov 05 2024 20:37:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 520422321 | + | Email/Text: camanagement@mtb.com | Nov 05 2024 20:37:00 | M&T Credit Corporation, 1 Fountain Plaza, Buffalo, NY 14203-1420 |
| 520436644 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2024 20:50:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520422322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2024 20:50:06 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520422326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2024 20:50:10 | Macy's/ DSNB, P0 Box 6789, Sioux Falls, SD 57117-6789 |
| 520422327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2024 20:39:20 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520422331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:50:14 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 520422330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:50:14 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 520422332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:39:53 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520422335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:39:51 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520422337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:50:18 | Synchrony Bank, PO Box 71740, Philadelphia, PA 19176-1740 |
| 520422336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:50:09 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520422333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:50:19 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520443910 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 05 2024 20:39:20 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520422339 | + | Email/Text: bankruptcy@webbank.com | Nov 05 2024 20:36:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 69

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520422261 | *+ | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 520422265 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520422271 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520422276 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422278 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520422292 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422293 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422295 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422297 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422301 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520422300 | *+ | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 520422303 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520422313 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520422328 | *+ | Merrick Bank Corporation, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 520422329 | *+ | Merrick Bank Corporation, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520422334 | *+ | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

**Name**      **Email Address**

Case 24-20152-CMG    Doc 13    Filed 11/07/24    Entered 11/08/24 00:13:36    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 74 |

| | |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Michele E McNair herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4