Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  24−20152−CMG
          Chapter:  13
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele E McNair
   aka Michele E Long, aka Michele E
   Adophy
   23 Steeplechase Boulevard
   Burlington, NJ 08016−3024

Social Security No.:
   xxx−xx−4524

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 2, 2025.

Dated: January 2, 2025
JAN: mjb

                                                                                          Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michele E McNair  
    Debtor

Case No. 24-20152-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jan 02, 2025      Form ID: plncf13      Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michele E McNair, 23 Steeplechase Boulevard, Burlington, NJ 08016-3024 |
| 520422266 | | American Express, P0 Box 23009, Columbus, GA 31902 |
| 520422273 | + | Best Buy, P0 Box 183196, Columbus, OH 43218-3196 |
| 520422274 | | Best Buy Credit, PO Box 1001007, Louisville, KY 40290 |
| 520422338 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 02 2025 22:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 02 2025 22:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520422257 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 02 2025 22:41:58 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520422258 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 02 2025 22:42:26 | Affirm, Inc., 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 520422260 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:42:36 | American Expess Legal, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 520422259 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:26:25 | American Expess Legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 520422263 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:26:10 | American Express, P0 Box 981537, El Paso, TX 79998-1537 |
| 520422264 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:42:15 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520422262 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:40:59 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520422267 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:43:40 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 520463674 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2025 22:43:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520422272 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 02 2025 22:27:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 520422270 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 02 2025 22:27:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |

Case 24-20152-CMG    Doc 23    Filed 01/04/25    Entered 01/05/25 00:12:26    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: plncf13 | Total Noticed: 82 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520422269 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 02 2025 22:27:00 | Bank of America, P0 Box 982238, El Paso, TX 79998-2238 |
| 520422268 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 02 2025 22:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520480803 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 02 2025 22:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520422279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:27:11 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 520422281 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:42:41 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520422275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:26:18 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422277 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:43:16 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520422280 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:26:56 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 520431677 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 02 2025 22:42:54 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520422282 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2025 22:26:18 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422284 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:43:16 | Citi Card/Best Buy, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 520422283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:42:51 | Citi Card/Best Buy, Attn: Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520422286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:41:42 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520422287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:42:47 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 520422285 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:42:53 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520478576 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:27:12 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520422288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:42:45 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520422290 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 02 2025 22:29:00 | Comenity, PO Box 650964, Dallas, TX 75265-0964 |
| 520422289 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 02 2025 22:29:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 520422291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 02 2025 22:29:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 02 2025 22:29:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 520422294 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 02 2025 22:29:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422298 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 02 2025 22:26:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520422299 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 02 2025 22:26:18 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 520422302 | | Email/Text: mrdiscen@discover.com | Jan 02 2025 22:27:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |

Case 24-20152-CMG    Doc 23    Filed 01/04/25    Entered 01/05/25 00:12:26    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: plncf13 | Total Noticed: 82 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520422304 | | Email/Text: mrdiscen@discover.com | Jan 02 2025 22:27:00 | Discover, PO Box 30952, Salt Lake City, UT 84130 |
| 520422323 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:43:16 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 520422324 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:42:44 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 520422325 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:43:16 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520429452 | | Email/Text: mrdiscen@discover.com | Jan 02 2025 22:27:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520422306 | + | Email/Text: mrdiscen@discover.com | Jan 02 2025 22:27:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520422305 | + | Email/Text: mrdiscen@discover.com | Jan 02 2025 22:27:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520422307 | | Email/Text: operationsclerk@easypayfinance.com | Jan 02 2025 22:27:00 | Easy Pay, PO Box 2549, Carlsbad, CA 92018 |
| 520422309 | | Email/Text: operationsclerk@easypayfinance.com | Jan 02 2025 22:27:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 520422308 | | Email/Text: operationsclerk@easypayfinance.com | Jan 02 2025 22:27:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, P0 Box 2549, Carlsbad, CA 92018 |
| 520422310 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 02 2025 22:43:16 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 520422312 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 02 2025 22:26:25 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520422311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 02 2025 22:43:16 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520482397 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 02 2025 22:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520422314 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2025 22:28:00 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520422316 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2025 22:28:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 520422317 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2025 22:28:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 520422315 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2025 22:28:00 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520422318 | | Email/Text: Bkynotices@lendingpoint.com | Jan 02 2025 22:29:00 | Lending Point LLC, 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 520422319 | | Email/Text: Bkynotices@lendingpoint.com | Jan 02 2025 22:29:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 520486416 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2025 22:26:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520481906 | ^ | MEBN | Jan 02 2025 22:18:29 | Lakeview Loan Servicing, LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520422320 | | Email/Text: camanagement@mtb.com | Jan 02 2025 22:29:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 520422321 | + | Email/Text: camanagement@mtb.com | Jan 02 2025 22:29:00 | M&T Credit Corporation, 1 Fountain Plaza, Buffalo, NY 14203-1420 |
| 520436644 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 02 2025 22:26:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520422322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 02 2025 22:41:55 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520422326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | Jan 02 2025 22:43:35 | Macy's/ DSNB, P0 Box 6789, Sioux Falls, SD 57117-6789 |
|---|---|---|---|---|
| 520422327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 02 2025 22:26:06 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520484362 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 02 2025 22:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520466789 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 02 2025 22:42:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520422331 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 02 2025 22:26:58 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 520422330 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 02 2025 22:42:28 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 520422332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 02 2025 22:26:18 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520422335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 02 2025 22:42:56 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520422337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 02 2025 22:43:36 | Synchrony Bank, PO Box 71740, Philadelphia, PA 19176-1740 |
| 520422336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 02 2025 22:42:51 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520422333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 02 2025 22:41:55 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520443910 |   | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 02 2025 22:27:07 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520422339 | + | Email/Text: bankruptcy@webbank.com | Jan 02 2025 22:28:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 77

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520422261 | *+ | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 520422265 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520422271 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520422276 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520422278 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520422292 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422293 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 520422295 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422297 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 520422301 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520422300 | *+ | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 520422303 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520422313 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520422328 | *+ | Merrick Bank Corporation, P0 Box 9201, Old Bethpage, NY 11804-9001 |
| 520422329 | *+ | Merrick Bank Corporation, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520422334 | *+ | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jan 02, 2025 | Form ID: plncf13 | Total Noticed: 82

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Michele E McNair herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4