| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20152 / CMG**

Michele E McNair

Petition Filed Date: 10/14/2024
341 Hearing Date: 11/14/2024
Confirmation Date: 12/18/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2024 | $275.00 | | | | | | | |

**Total Receipts for the Period:  $275.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michele E McNair | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,690.15 | $0.00 | $1,690.15 |
| 2 | CAPITAL ONE BANK (USA), N.A. »» SYNCHRONY BANK | Unsecured Creditors | $1,857.33 | $0.00 | $1,857.33 |
| 3 | MERRICK BANK | Unsecured Creditors | $3,278.77 | $0.00 | $3,278.77 |
| 4 | U.S. DEPARTMENT OF HUD »» P/23 STEEPLECHASE BLVD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Herbert B. Raymond, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $0.00 | $4,750.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $27,638.00 | $0.00 | $27,638.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» HSN | Unsecured Creditors | $540.29 | $0.00 | $540.29 |
| 7 | CITIBANK, N.A. »» MACY'S CC | Unsecured Creditors | $475.68 | $0.00 | $475.68 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $3,086.10 | $0.00 | $3,086.10 |
| 9 | Lakeview Loan Servicing, LLC »» P/23 STEEPLECHASE BLVD/1ST MTG | Mortgage Arrears Hold Funds: Not in Plan | $662.85 | $0.00 | $662.85 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC »» MASTERCARD WORLD ELITE | Unsecured Creditors | $1,921.57 | $0.00 | $1,921.57 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC »» PREMIER BANKCARD MC | Unsecured Creditors | $1,759.26 | $0.00 | $1,759.26 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC »» COMENITY BANK/VICTORIAS SECRET | Unsecured Creditors | $3,180.40 | $0.00 | $3,180.40 |
| 13 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,100.77 | $0.00 | $3,100.77 |
| 14 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $562.58 | $0.00 | $562.58 |

**Chapter 13 Case No. 24-20152 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $275.00 | Plan Balance: | $11,200.00  ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $23.38 | Arrearages: | $300.00 |
| Funds on Hand: | $251.62 | Total Plan Base: | $11,475.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**